No. 1329. BALLOU ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Alan R. Vogeler* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Carolyn R. Just* for the United States.

No. 1331. HOLLAND AMERICAN LINE *v.* PHILADELPHIA CEILING & STEVEDORING Co. C. A. 3d Cir. Certiorari denied. *T. E. Byrne, Jr.,* for petitioner. *William J. O'Brien* and *Victor L. Drexel* for respondent.

No. 1332. NATIONAL MOLASSES Co. *v.* BEEBE, ADMINISTRATOR, ET AL. C. A. 3d Cir. Certiorari denied. *Thomas Byrne, Jr.,* and *Mark D. Alspach* for petitioner. *Gordon W. Gerber* for respondent Beebe.

No. 1336. WILLIAMS *v.* TEXAS FARM PRODUCTS Co. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied. *William L. Garwood, Robert J. Hearon, Jr.,* and *Benton Musslewhite* for petitioner. *Charles R. Cravens, Jr.,* for respondent.

No. 1350. BOSSIER PARISH SCHOOL BOARD ET AL. *v.* LEMON ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler,* Assistant Attorney General, for petitioners.

No. 1376. MORIARTY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Marshall J. Seidman* and *John J. Duffy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.